IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRECISION PROPERTY GROUP, LLC,<br><br>    Plaintiff,<br><br>      v.<br><br>DAVID L. BANKS, JR.<br>489 WILLARD AVE,<br>UNIT A<br>ATLANTA, GA 30310<br>678-328-9619,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-1266-TWT |

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Fulton County for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 29 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge